IN THE COURT OF COMMON PLEAS OF PHILADELPHIA
PENNSYLVANIA

*Filed and Attested by the
Office of Judicial Records
10 APR 2023 10:20 am
S. GILLIAM*

| | |
|---|---|
| WELLINGTON S. LUCAS, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS<br>817 Happy Creek Lane<br>West Chester, PA  19380 | : <br> : <br> : <br> : <br> : <br> : |
| vs. | : MARCH TERM, 2023 <br> : No.  002886 |
| AMICA MUTUAL INSURANCE COMPANY<br>100 Amica Way<br>Lincoln, RI 02940 | : <br> : <br> : <br> : |

**CERTIFICATE OF SERVICE OF LEGAL PAPERS
PURSUANT TO PA R.C.P. 403**

I, James C. Haggerty, Esquire, Attorney for Plaintiff, certify that a copy of the Complaint filed on March 24, 2023 was sent to Defendant, Amica Mutual Insurance Company at 100 Amica Way, Lincoln, RI  02940 by Certified Mail, Return Receipt Requested on March 27, 2023. The Complaint was received by the defendant. A true and correct copy of the letter to Amica Mutual Insurance Company and the Certified Mail Return Receipt, Article No.: 70210950000097123253 is attached hereto as Exhibit A.

DATE: 4/10/23    BY:

HAGGERTY, GOLDBERG, SCHLEIFER
& KUPERSMITH, P.C.

_____
James C. Haggerty, Esquire
1801 Market Street, Suite 1100
Philadelphia, PA 19103
Attorney for Plaintiff

DEFENDANT'S
EXHIBIT
**2**

Case ID: 230302886

# EXHIBIT A

Case ID: 230302886



**HAGGERTY, GOLDBERG, SCHLEIFER, & KUPERSMITH, P.C.**

James C. Haggerty, Esquire
HAGGERTY, GOLDBERG, SCHLEIFER, & KUPERSMITH, P.C.
1801 Market Street, Suite 1100
Philadelphia, PA 19103

Phone: (267) 350 – 6600 ext.142
Fax: (215) 665 – 8201
Email: jhaggerty@HGSKLawyers.com

Charles J. Schleifer
James C. Haggerty
Terry D. Goldberg
Richard T. Kupersmith
Mark J. Kogan

Ana R. Amarante-Craig *
Renae Axelrod
Beth Bowers *
Matthew D. Colavita *
Scott J. Schleifer *
Jeffrey K. Stanton *
Jason R. Weiss *

Michael Alexanian *
Joseph P. Bradica *
Dennis C. Coyne *
Eileen V. Dooley
Kaitlyn Macaulay
Jared M. Teich *
Timothy Yuncker

Special Counsel
John J. Beichert
Stephen David

Of Counsel
Bruce I. Kogan
Marshall Kresman *

* Member of NJ Bar

March 27, 2023

Amica Mutual Insurance Company
100 Amica Way
Lincoln, RI 02940

Re: Wellington Lucas v. Amica Insurance Company

Dear Sir or Madam:

Enclosed please find a Civil Action – Class Action Complaint relative to the above matter. This Complaint has been filed in the Court of Common Pleas of Philadelphia County. Kindly note that you may wish to secure counsel to file a response to same in accordance with the Pennsylvania Rules of Civil Procedure.

Service of the Complaint is being made by Certified Mail, Return Receipt Requested, pursuant to the Pennsylvania Rules of Civil Procedure and the International Interstate and Service of Process Act, 42 Pa.C.S.A. § 5321. This service is in compliance with Pennsylvania law. Please note your obligation to respond to this pleading.

Very truly yours,

HAGGERTY, GOLDBERG,
SCHLEIFER & KUPERSMITH, P.C.

James C. Haggerty

RETURN RECEIPT REQUESTED



1

Case ID: 230302886

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amica Mutual Insurance Company
100 Amica Way
Lincoln, RI 02940

9590 9402 7504 2098 0567 45

2. Article Number (Transfer from service label)

7021 0950 0000 9712 3253

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   L. Colantonio
☐ Agent
☐ Addressee

B. Received by (Printed Name): L. Colantonio
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case ID: 230302886