IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WELLINGTON S. LUCAS** | : CIVIL ACTION |
| | : |
| v. | : NO. 23-1462 |
| | : |
| **AMICA MUTUAL INSURANCE COMPANY** | : |

## ORDER

**AND NOW,** this 20th day of May, 2024, it is **ORDERED** that:

1. At the joint request of the parties, this action is **STAYED** until June 20, 2024 at which time the parties shall notify the Court whether the Binding Arbitration Agreement has been signed.
2. The conference call scheduled for May 21, 2024, at 11:00 a.m. is **CANCELED**.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.