**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WELLINGTON S. LUCAS** | : CIVIL ACTION |
| | : |
| v. | : NO. 23-1462 |
| | : |
| **AMICA MUTUAL INSURANCE COMPANY** | : |

## ORDER

**AND NOW,** this 14th day of August, 2024, it is **ORDERED** that, based on the parties' signed agreement to submit this case to binding arbitration, the Clerk is **DIRECTED** to **DISMISS** this case with prejudice.

.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.